People of the State of Illinois, Defendant in Error, v. Ted Holzhauer and Mary Weatherly, Plaintiffs in Error.

(Abstract of Decision.)

 Heard in this court at October term, 1939; opinion filed March 9, 1940. 

Opinion by JUSTICE DADY. "Not to be published in full."